07-17349

FILED

DEC 2007

UNITED STATES DISTRICT COURT
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 17, 2007

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05645 MJJ**

**CASE TITLE: JONATHAN LEE RICHES-v-AMERICAN CIVIL LIBERTIES**

USCA Case Number:

Dear Sir/Madam:

Enclosed is the **Notice of Appeal and Certificate of Record** in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

December 17, 2007

**CASE INFORMATION:**
Short Case Title: JONATHAN LEE RICHES -v- AMERICAN CIVIL LIBERTIES UNION
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: San Francisco division ~ Judge Martin J. Jenkins
Criminal and/or Civil Case No.: CV 07-05645 MJJ
Date Complaint/Indictment/Petition Filed: 11/07/07
Date Appealed order/judgment *entered* 11/28/07
Date NOA *filed* 12/11/07

| Date(s) of Indictment | Plea Hearing | Sentencing |
|---|---|---|

COA Status (check one):  ☐ granted in full (attach order)     ☐ denied in full (send record)
                          ☐ granted in part (attach order)     ☐ pending

Court Reporter(s) Name & Phone Number: n/a

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed: 12/11/07
Date FP granted:                               Date FP denied:
Is FP pending? ☐ yes ☐ no                     Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                             Appellee Counsel:
see docket sheet                               no appearance


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Sheila Rash
                                                    (415) 522-2099